1  STEPHANIE M. HINDS (CABN 154284)
   Acting United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  MOLLY K. PRIEDEMAN (CABN 302096)
   Assistant United States Attorney
5
       1301 Clay Street
6      Oakland, California 94612
       Telephone: (510) 637-3680
7      FAX: (510) 637-3724
       molly.priedeman@usdoj.gov
8

9  Attorneys for United States of America

```
                       FILED
                     Apr 22 2021
                   SUSAN Y. SOONG
          CLERK, U.S. DISTRICT COURT
         NORTHERN DISTRICT OF CALIFORNIA
                      OAKLAND
```

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                           OAKLAND DIVISION

13 | UNITED STATES OF AMERICA,     ) NO. 21-MJ-70319-MAG
                                   )
14 |       Plaintiff,               ) STIPULATION AND [PROPOSED] ORDER
                                   ) EXCLUDING TIME UNDER THE SPEEDY TRIAL
15 |    v.                          ) ACT AND FEDERAL RULE OF CRIMINAL
                                   ) PROCEDURE 5.1(c) AND (d)
16 | JOSE OCHOA GUTIERREZ,          )
                                   )
17 |       Defendant.               )
                                   )

18

19     A status conference in this matter is scheduled for April 23, 2021. Counsel for the United States

20 and counsel for the defendant, Jose Ochoa Gutierrez, jointly stipulate and request that the that the status

21 conference be continued to May 21, 2021 at 1:00 pm before Magistrate Judge Kandis A. Westmore and

22 time be excluded under Federal Rule of Criminal Procedure 5.1(c) and (d), and the Speedy Trial Act

23 from April 23, 2021 to May 21, 2021.

24     The government and counsel for the defendant have agreed that time be excluded under Federal

25 Rule of Criminal Procedure 5.1 and the Speedy Trial Act so that defense counsel can continue to

26 prepare, including by reviewing additional discovery that has recently been produced by the

27 government.  For these reasons, the parties stipulate and agree that excluding time until May 21, 2021,

28

STIPULATION TO EXCLUDE TIME
AND [PROPOSED] ORDER
21-MJ-70319-MAG                        1

will allow for the effective preparation of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv); FRCP 5.1(c) and (d).  The parties further stipulate and agree that the ends of justice served by excluding time from April 23, 2021 to May 21, 2021 from computation under the Speedy Trial Act and Federal Rule of Criminal Procedure 5.1(c) and (d) outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §§ 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that she has obtained approval from counsel for the defendant to file this stipulation, request, and proposed order.

IT IS SO STIPULATED.

DATED: April 22, 2021                          /s/ Molly K. Priedeman
                                               MOLLY K. PRIEDEMAN
                                               Assistant United States Attorney


DATED: April 22, 2021                           /s/  Miranda Kane
                                               MIRANDA KANE
                                               Attorney for the Defendant

STIPULATION TO EXCLUDE TIME
AND [P~~ROPOSED~~] ORDER
21-MJ-70319-MAG                         2

**~~PROPOSED~~ ORDER**

Based upon the representations of counsel and for good cause shown, the Court finds that failing to exclude the time from April 23, 2021 to May 21, 2021, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation and continuity of counsel, taking into account the exercise of due diligence.  18 U.S.C. §3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from April 23, 2021 to May 21, 2021 from computation under the Speedy Trial Act and Federal Rule of Criminal Procedure 5.1(c) and (d) outweighs the best interests of the public and the defendant in a speedy trial.  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from April 23, 2021 to May 21, 2021 shall be excluded from computation under the Speedy Trial Act and Federal Rule of Criminal Procedure 5.1(c) and (d) and the status conference shall be continued to May 21, 2021 at 1:00 pm before Magistrate Judge Kandis A. Westmore.  18 U.S.C. §§ 3161(h)(7)(A), (B)(iv); FRCP 5.1(c),(d).

IT IS SO ORDERED.

DATED: April 22, 2021

THE HONORABLE ROBERT M. ILLMAN
United States Magistrate Judge