1  STEPHANIE M. HINDS (CABN 154284)
   Acting United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  MOLLY K. PRIEDEMAN (CABN 302096)
   Assistant United States Attorney
5
       1301 Clay Street
6      Oakland, California 94612
       Telephone: (510) 637-3680
7      FAX: (510) 637-3724
       molly.priedeman@usdoj.gov
8

9  Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOSE OCHOA GUTIERREZ, <br><br> Defendant. | NO. 21-MJ-70319-MAG <br><br> STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 5.1(c) AND (d) |

A status conference in this matter is scheduled for July 1, 2021. Counsel for the United States and counsel for the defendant, Jose Ochoa Gutierrez, jointly stipulate and request that the that the status conference be continued to July 29, 2021 at 1:00 pm before Magistrate Susan van Keulen and time be excluded under Federal Rule of Criminal Procedure 5.1(c) and (d), and the Speedy Trial Act from July 1, 2021 to July 29, 2021.

The government and counsel for the defendant have agreed that time be excluded under Federal Rule of Criminal Procedure 5.1 and the Speedy Trial Act so that defense counsel can continue to prepare, including by reviewing the discovery that has been produced by the government. For these reasons, the parties stipulate and agree that excluding time until July 29, 2021, will allow for the

effective preparation of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv); FRCP 5.1(c) and (d).  The parties further stipulate and agree that the ends of justice served by excluding time from July 1, 2021 to July 29, 2021, from computation under the Speedy Trial Act and Federal Rule of Criminal Procedure 5.1(c) and (d) outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §§ 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that she has obtained approval from counsel for the defendant to file this stipulation, request, and proposed order.

IT IS SO STIPULATED.

DATED: June 30, 2021  　　　　　/s/  Molly K. Priedeman
MOLLY K. PRIEDEMAN
Assistant United States Attorney

DATED: June 30, 2021  　　　　　/s/   Miranda Kane
MIRANDA KANE
Attorney for the Defendant

STIPULATION TO COTINUE STATUS HEARING AND EXCLUDE TIME AND ORDER
21-MJ-70319-MAG
2

**ORDER**

Based upon the representations of counsel and for good cause shown, the Court finds that failing to exclude the time from July 1, 2021 to July 29, 2021, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation and continuity of counsel, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from July 1, 2021 to July 29, 2021, from computation under the Speedy Trial Act and Federal Rule of Criminal Procedure 5.1(c) and (d) outweighs the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from July 1, 2021 to July 29, 2021, shall be excluded from computation under the Speedy Trial Act and Federal Rule of Criminal Procedure 5.1(c) and (d) and the status conference shall be continued to July 29, 2021 at 1:00 pm before Magistrate Judge Susan van Keulen. 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv); FRCP 5.1(c),(d).

IT IS SO ORDERED.

DATED: June 30, 2021



_____
THE HONORABLE DONNA M. RYU
United States Magistrate Judge