1  STEPHANIE M. HINDS (CABN 154284)
   Acting United States Attorney

2

3  HALLIE HOFFMAN (CABN 210020)
   Chief, Criminal Division

4  MOLLY K. PRIEDEMAN  (CABN 302096)
   Assistant United States Attorney

5
          1301 Clay Street
6         Oakland, California 94612
          Telephone: (510) 637-3680
7         FAX: (510) 637-3724
          molly.priedeman@usdoj.gov

8

9  Attorneys for United States of America

10               UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                     OAKLAND DIVISION

13  UNITED STATES OF AMERICA,           )  NO. 21-MJ-70319-MAG
                                        )
14         Plaintiff,                   )  STIPULATION AND ORDER EXCLUDING TIME
                                        )  UNDER THE SPEEDY TRIAL ACT AND
15     v.                               )  FEDERAL RULE OF CRIMINAL PROCEDURE
                                        )  5.1(c) AND (d)
16  JOSE OCHOA GUTIERREZ,               )
                                        )
17         Defendant.                   )
    _____)

18

19        A status conference in this matter is scheduled for July 29, 2021. Counsel for the United States

20  and counsel for the defendant, Jose Ochoa Gutierrez, jointly stipulate and request that the that the status

21  conference be continued to August 26, 2021 at 1:00 pm before Magistrate Virginia K. DeMarchi and

22  time be excluded under Federal Rule of Criminal Procedure 5.1(c) and (d), and the Speedy Trial Act

23  from July 29, 2021 to August 26, 2021.

24        The government and counsel for the defendant have agreed that time be excluded under Federal

25  Rule of Criminal Procedure 5.1 and the Speedy Trial Act so that defense counsel can continue to

26  prepare.  For these reasons, the parties stipulate and agree that excluding time until August 26, 2021,

27  will allow for the effective preparation of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv); FRCP 5.1(c) and

28

(d).  The parties further stipulate and agree that the ends of justice served by excluding time from July 29, 2021 to August 26, 2021, from computation under the Speedy Trial Act and Federal Rule of Criminal Procedure 5.1(c) and (d) outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §§ 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that she has obtained approval from counsel for the defendant to file this stipulation, request, and proposed order.


IT IS SO STIPULATED.


DATED: July 28, 2021                                          /s/  Molly K. Priedeman
                                                             MOLLY K. PRIEDEMAN
                                                             Assistant United States Attorney


DATED: July 28, 2021                                          /s/   Miranda Kane
                                                             MIRANDA KANE
                                                             Attorney for the Defendant

STIPULATION TO EXCLUDE TIME
AND ORDER
21-MJ-70319-MAG                      2

1

**<u>ORDER</u>**

2      Based upon the representations of counsel and for good cause shown, the Court finds that failing

3 to exclude the time from July 29, 2021 to August 26, 2021, would unreasonably deny defense counsel

4 and the defendant the reasonable time necessary for effective preparation and continuity of counsel,

5 taking into account the exercise of due diligence.  18 U.S.C. §3161(h)(7)(B)(iv).  The Court further finds

6 that the ends of justice served by excluding the time from July 29, 2021 to August 26, 2021, from

7 computation under the Speedy Trial Act and Federal Rule of Criminal Procedure 5.1(c) and (d)

8 outweighs the best interests of the public and the defendant in a speedy trial.  Therefore, and with the

9 consent of the parties, IT IS HEREBY ORDERED that the time from July 29, 2021 to August 26, 2021,

10 shall be excluded from computation under the Speedy Trial Act and Federal Rule of Criminal Procedure

11 5.1(c) and (d) and the status conference shall be continued to August 26, 2021 at 1:00 pm before

12 Magistrate Judge Virginia K. DeMarchi.  18 U.S.C. §§ 3161(h)(7)(A), (B)(iv); FRCP 5.1(c),(d).

13

14      IT IS SO ORDERED.

15

16 DATED:  July 28, 2021

17 _____
   THE HONORABLE _____ VAN KEULEN



18
19
20
21
22
23
24
25
26
27
28